**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.:  11-cv-03330-AP

**GLORIA A. CLAUSS**,

                              Plaintiff

vs.

**MICHAEL J. ASTRUE,**
Commissioner of Social Security,

                              Defendant

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1.  APPERANCE OF COUNSEL AND *PRO SE* PARTIES**

| For Plaintiff: | For Defendant: |
|---|---|
| Anthony L. Sokolow, PC | JOHN F. WALSH |
| 1155 Kelly Johnson Blvd., Suite 111 | United Stated Attorney |
| Colorado Springs, CO  80920 | |
| Telephone:  (719) 260-3842 | WILLIAM G. PHARO |
| Fax:  (877) 301-4667 | Assistant United States Attorney |
| E-mail: asokolow@asokolow.com | District of Colorado |
| | |
| | M. Thayne Warner |
| | Special Assistant United States Attorney |
| | Assistant Regional Council |
| | Office of the General Counsel |
| | Social Security Administration |
| | 1001 Seventeenth Street |
| | Denver, CO  80202 |
| | Telephone:  (303) 844-7237 |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed:** December 20, 2011

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** December 28, 2012

    **C.**    **Date Answer and Administrative Record Were Filed:** February 27, 2012

**4.    STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Counsel for Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Counsel for Defense states that the record is complete and accurate.

**5.    STATEMENT REGARDING ADDITIONAL EVIDENCE**

Counsel for Plaintiff previously obtained additional evidence intended for filing with the Appeals Council. The Appeals Council issued the decision denying a review of the claim before the evidence could be submitted. The proposed new evidence is a Medical Opinion Statement regarding the severity of the Claimant's impairment(s). Counsel for Plaintiff will submit a separate Motion requesting admission of additional evidence.

The Counsel for Plaintiff has consulted with Counsel for Defense regarding the submission of this new evidence and he has stated that he opposes the admission of this evidence.

**6.    STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES.**

    **Counsel for Plaintiff States:** To the best of his knowledge, this case does not involve unusual claims or defenses.

    **Counsel for Defense States:** To the best of his knowledge, this case does not involve unusual claims or defenses.

**7.    OTHER MATTERS**

There are no other matters anticipated.

**8. BRIEFING SCHEDULE**

    **A.    Plaintiff's Opening Brief Due:**    May 7, 2012

Counsel for Plaintiff is aware that this date is more than 40 days from the date of the Defendant's Answer but Counsel for Plaintiff has discussed the additional time needed and Counsel for Defendant has no objections to this extension of the time for filing of the Opening Brief. **OK as per JLK. No extensions absent extreme circumstances.**

    **B.    Defendant's Response Brief Due:**

        June 6, 2012

    **C. Plaintiff's Reply Brief (If Any) Due:**

        June 21, 2012

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A. Plaintiff's Statement:**

Plaintiff does not request oral argument.

    **B. Defendant's Statement:**

Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    **A. (X) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B. ( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO. LCiv 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended*

*only upon a showing of good cause.*

DATED this 19th day of March, 2012.

BY THE COURT:

*s/John L. Kane*_____
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| _/s/ Anthony L. Sokolow___ | /s/ M. Thayne Warner |
| Anthony L. Sokolow, | By: M. Thayne Warner |
| 1155 Kelly Johnson Blvd., Suite 111 | Special Assistant U.S. Attorney |
| Colorado Springs, CO 80920 | 1001 Seventeenth Street |
| Telephone (719) 260-3842 | Denver, CO 80202 |
| asokolow@asokolow.com | Telephone: (303) 844-7237 |
| Attorney for Plaintiff | thayne.warner@ssa.gov |
| | Attorneys for Defendant |