IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-3330-AP**

**GLORIA A. CLAUSS,**

        Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

        Defendant.

**MINUTE ORDER re DOC. 9**

Judge John L. Kane **ORDERS**

      The arguments raised in Plaintiff's Opposed Motion to Add Additional Evidence to the Record (Doc. 9) shall be incorporated in her Opening Brief, due May 7, 2012, and Defendant's opposition shall be incorporated in his Response. The subject November 2011 RFC assessment should be attached to Plaintiff's brief as an exhibit. Plaintiff is advised that the document did not come through in her electronic filing, and appears on screen as a blank page. Accordingly, the assessment should be photocopied and scanned in as an attachment that is legible or provided to the court in hardcopy. The determination of whether the assessment meets the standards for consideration by the district court on review will be up to the Article III judge to whom the case is drawn upon completion of the briefing. Accordingly, Plaintiff's Motion to Add Additional Evidence is DENIED without prejudice to the issue being raised and argued in the parties' briefs.

Dated:  March 28, 2012.